UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In the Matter of the Tax Liabilities of: John Does,   :
United States Taxpayers Who During the Years    :
Ended December 31, 2000, 2001, 2002, 2003 and   :
2004 Were (i) Holders of or (ii) Other Final            :
Recipients of Income Attributable to Interest         :
Earned On Bonds That Comprise City of              :
New Orleans, State of Louisiana, $75,205,000     :
Refunding Certificates of Indebtedness,            :
Series 1998B CUSIP Nos. 6476342W(2),            :
6476342X(1), 6476342Y(9), 6476342Z(6),           :
6476343A(0), 6476343B(8), 6476343C(6),           :
6476343D(4), 6476343E(2), 6476343F(9),            :
and 6476343G(7)                                            :
-----------------------------------------------------------------X

## DECLARATION OF KAREN WOZNIAK

Karen Wozniak, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1.     I am the trial attorney for the United States Department of Justice, Tax Division, assigned to handle the above-captioned case, and I am fully familiar with all the facts stated herein. I make this declaration in support of the *ex parte* application of the United States for leave to serve an Internal Revenue Service John Doe summons upon the Bank of New York Trust Company, pursuant to 26 U.S.C. § 7609(f).

2.     The Government makes this application *ex parte* pursuant to 26 U.S.C. § 7609(h)(2), which provides that the determination to be made by the Court "shall be made *ex parte* and shall be made solely on the petition and supporting affidavits." Accordingly, a proceeding by notice of motion is precluded by this statutory provision.

3.     To the best of my knowledge after consultation with the Internal Revenue Service, no previous application for the relief sought by this *ex parte* petition has been made.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Washington, D.C.
March 2, 2005

*Karen Wozniak*
KAREN WOZNIAK